**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                   **4:97CR00219-01-WRW**

**LEE TURNER JORDAN, JR.**

**ORDER**

Pending is Defendant's unopposed *pro se* Motion for Early Termination of Supervised

Release (Doc. No. 180).

Under 18 U.S.C. § 3583(e)(1), after one year of supervision a Court may terminate

supervised release in felony cases if a defendant's conduct warrants early termination and early

termination is in the interest of justice.[1]

Defendant's term of supervised release began in March, 2008. Defendant has never tested

positive during drug screening, has successfully completed substance abuse treatment, has

submitted DNA, and has paid his special penalty assessment in full.

Defendant's Motion is GRANTED.

IT IS SO ORDERED this 13th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]18 U.S.C. § 3583(e)(1).